UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
REGINALD COFFEE,

                Petitioner,

-against-

FEDERAL BUREAU OF PRISONS,

                Respondent.
------------------------------------------------------------------X

JUDGMENT
07-CV- 2180 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 6 2007 ★
BROOKLYN OFFICE

        An Order of Honorable John Gleeson, United States District Judge, having been filed on July 13, 2007, dismissing the petition for a writ of habeas corpus; it is

        ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that judgment is hereby entered dismissing the petition for a writ of habeas corpus.

Dated: Brooklyn, New York
       August 02, 2007

                                          s/Robert C. Heinemann
                                          ROBERT C. HEINEMANN
                                          Clerk of Court