UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
REGINALD COFFEE,

                Petitioner,

-against-

FEDERAL BUREAU OF PRISONS,

                Respondent.
-------------------------------------------------------------X

JUDGMENT
07-CV-2180 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 27 2007 ★

       A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on September 25, 2007, dismissing the action for failure to prosecute; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that the action is dismissed for failure to prosecute.

Dated: Brooklyn, New York
        September 26, 2007

                                                      s/Robert C. Heinemann
                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court